## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Elizabeth Goyke, | Case No. |
|     Plaintiff, | |
| v. | **COMPLAINT** |
| Commercial Recovery Systems, Inc.<br>c/o CT Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604, | |
|     Defendant. | **Jury Demand Requested** |

### JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §§1331, 1337, 1367; and 15 U.S.C.

§1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred

in this District.

### PARTIES

3- Plaintiff incurred an obligation to pay money, the primary purpose of which was for

personal, family, or household uses (the õDebtö).

4- Plaintiff is a resident of the State of Illinois.

5- Defendant is a corporation with its principal office in the State of Texas.

6- Defendant uses instruments of interstate commerce for its principal purpose of business,

which it the collection of debts.

7- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

8- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

<u>FACTS COMMON TO ALL COUNTS</u>

9- On or around February 21, 2013, Defendant telephoned Plaintiff to collect the Debt and left a voicemail.

10- In this communications, Defendant failed to state that the communication was from a debt collector, as required by 15 USC 1692e(11).

11- Defendant damaged Plaintiff.

12- Defendant violated the FDCPA.

<u>COUNT I</u>

13- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

14- Defendant violated 15 USC §1692e(11) by failing to disclose that a communication was from a debt collector.

<u>COUNT II</u>

15- Plaintiffs incorporate all the allegations and statements made above as if reiterated herein.

16- Defendant violated 15 USC § 1692f by engaging in unfair and/or unconscionable means to collect, or attempt to collect, the Debt.

<u>COUNT III</u>

17- Plaintiffs incorporate all the allegations and statements made above as if reiterated herein.

18- Defendant violated 15 USC § 1692e by engaging in false, deceptive, or misleading methods to collect a debt.

<u>JURY DEMAND</u>

19- Plaintiffs demand a trial by jury.

<u>PRAYER FOR RELIEF</u>

20- Plaintiffs pray for the following relief:

a. Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3);

d. Any other legal and/or equitable relief as the Court deems appropriate.


RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*
Richard J. Meier, Esq.
53 W. Jackson Blvd, Suite 304
Chicago, IL 60604
Tel: 312-242-1849
Fax: 312-242-1841
richard@meierllc.com
*Attorney for Plaintiff*